UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALCALA, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>THERESA MURPHY, et al.,<br><br>   Defendants. | CASE NO: 2:19-cv-00969-KJM-CKD |
| JESSE ALCALA, et al.,<br><br>   Plaintiffs<br><br> v.<br><br>BUTTE COUNTY SOCIAL SERVICES, et al.,<br><br>   Defendants. | CASE NO: 2:19-cv-00970-KJM-KJN<br><br><u>ORDER</u> |

  Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve largely the same parties and are based on the same claims. They center around the same events, questions of fact, and questions of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; the actions are not consolidated by this order. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the action denominated as 2:19-cv-00970-KJM-KJN is reassigned to Magistrate Judge Carolyn K. Delaney for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:19-cv-00970-KJM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 20, 2019.

_____
UNITED STATES DISTRICT JUDGE