UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALCALA, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>THERESA MURPHY, et al.,<br><br>   Defendants. | CASE NO: 2:19-cv-00969-KJM-CKD |
| JESSE ALCALA, et al.,<br><br>   Plaintiffs<br><br> v.<br><br>BUTTE COUNTY SOCIAL SERVICES, et al.,<br><br>   Defendants. | CASE NO: 2:19-cv-00970-KJM-CKD<br><br>ORDER |

  Plaintiffs filed the above-entitled actions. The matters were referred to a United States Magistrate Judge as provided by Local Rule 302(c).

  On July 8, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiffs filed a notice on July 22,

1

2019, agreeing to consolidation.  (*See Alcala et al. v. Murphy et al.*, 2:19-cv-00969-KJM-CKD, ECF No. 5.)

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 8, 2019, are adopted in full.

2. The actions *Alcala et al. v. Murphy et al.*, 2:19-cv-00969-KJM-CKD and *Alcala et al. v. Butte County Social Services et al.*, 2:19-cv-00970-KJM-CKD are CONSOLIDATED.

3. The Clerk of Court shall close *Alcala et al. v. Butte County Social Services et al.*, 2:19-cv-00970-KJM-CKD.

4. All future filings shall be in made *Alcala et al. v. Murphy et al.*, 2:19-cv-00969-KJM-CKD.

5. Plaintiffs shall file a first amended complaint within 28 days, as outlined in the magistrate judge's findings and recommendations (*See Alcala et al. v. Murphy et al.*, 2:19-cv-00969-KJM-CKD, ECF No. 4).

DATED:  August 8, 2019.

_____
UNITED STATES DISTRICT JUDGE