| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JESSE ALCALA, et al., | CASE NO: 2:19-cv-00969-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| THERESA MURPHY, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On November 27, 2019, the magistrate judge filed findings and recommendations, recommending denial of a temporary restraining order, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court notes that while it denies a temporary restraining order, plaintiffs' case otherwise proceeds.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 27, 2019, are adopted in full; and

2. Plaintiffs' motion for a temporary restraining order (ECF No. 14) is denied.

DATED: January 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE