1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESSE ALCALA, et al.,                     CASE NO:  2:19-cv-00969-KJM-CKD PS

12                    Plaintiffs,

13            v.                               ORDER

14   THERESA MURPHY, et al.,

15                    Defendants.

16

17

18        Plaintiffs are proceeding in this matter pro se.  The court previously granted plaintiffs'

19   IFP application, consolidated this case with a related matter, and ordered plaintiffs to file an

20   amended complaint.  (ECF Nos. 4, 6.)  Plaintiffs subsequently filed an amended complaint as well

21   as multiple motions for emergency injunctive relief.  The court recently denied plaintiffs'

22   injunction request on the merits.  (ECF Nos. 20, 22.)  With plaintiffs' injunction request being

23   denied, this matter is to proceed with the remainder of plaintiffs' claims.

24   ACCORDINGLY, IT IS ORDERED that:

25        1.  The Clerk of the Court is directed to issue the undersigned's order setting status

26   conference.

27   ////

28

                                              1

1    2.  The United States Marshal is directed to serve within ninety days of the date of this

2    order, all process pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's

3    order setting status conference, without prepayment of costs.

4        3.  The Clerk of the Court shall send plaintiffs one USM-285 form for each of the six

5    defendants, one summons, a copy of plaintiffs' Second Amended Complaint (ECF No. 12), and

6    this court's order setting status conference.

7        4.  Plaintiffs are directed to provide to the United States Marshal, within fourteen days

8    from the date this order is filed, all information needed by the Marshal to effect service of

9    process, including all information required for proper service of summons under Federal Rule of

10   Civil Procedure 4, and shall file a statement with the court that said documents have been

11   submitted to the United States Marshal, along with a copy of the information provided to the

12   Marshal.  The court anticipates that, to effect service, the U.S. Marshal will require at least:

13           a.  One completed summons for each defendant;

14           b.  One completed USM-285 form for each defendant;

15           c.  One copy of the endorsed filed Second Amended Complaint for each defendant,

16               with an extra copy for the U.S. Marshal;

17           d.  One copy of this court's status order for each defendant; and

18           e.  One copy of the instant order for each defendant.

19       5.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate

20   service on any defendant within 90 days from the date of this order, the Marshal is directed to

21   report that fact, and the reasons for it, to the undersigned.

22       6.  The Clerk of the Court is directed to serve a copy of this order on the United States

23   Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

24   IT IS SO ORDERED

25   Dated:  January 17, 2020

26                                                _____
                                                  CAROLYN K. DELANEY
27                                                UNITED STATES MAGISTRATE JUDGE

28   16, alcala.serve